**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VADZIM YERASHEVICH**,<br><br>*Petitioner*,<br><br>v.<br><br>**MARKWAYNE MULLIN,** *et al.*,<br><br>*Respondents.* | **Case No. 2:26-cv-08389-JDW** |

**ORDER**

**AND NOW**, this 13th day of November, 2026, upon review of Petitioner Vadzim Yerashevich's Petition For Writ Of Habeas Corpus (ECF No. 1), Respondents' Response In Opposition (ECF No. 3), and Petitioner's Reply In Support (ECF No. 4), it is **ORDERED** that the Parties shall appear for oral argument related to Mr. Yerashevich's Petition on November 18, 2026, at 10:00 a.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.