**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VADZIM YERASHEVICH**,<br><br>*Petitioner*,<br><br>v.<br><br>**MARKWAYNE MULLIN**, *et al.*,<br><br>*Respondents.* | **Case No. 2:26-cv-08389-JDW** |

**ORDER**

**AND NOW**, this 20th day of November, 2026, upon review of Petitioner Vadzim Yerashevich's Petition for Writ of Habeas Corpus (ECF No. 1), it is **ORDERED** that the Petition is **GRANTED.** The Government shall **RELEASE** Mr. Yerashevich from custody immediately and certify compliance with my Memorandum Opinion and Order by filing on the docket no later than 12:00 p.m. ET on November 23, 2026; If the Government chooses to pursue re-detention of Mr. Yerashevich pursuant to 8 U.S.C. § 1226(a), it must provide him with a valid individualized custody determination. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.